IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CHANDRA STRAW,

    Plaintiff,

vs.                                        CASE NO. 5:11-cv-102/RS-CJK

AQUATIC ADVENTURES
MANAGEMENT GROUP, INC.,
d/b/a AQUATIC ADVENTURES,
a Florida Corporation,

    Defendant.
_____/

## ORDER

Pursuant to Fed. R. Civ. P. 12(f), the court, on its own initiative, strikes as immaterial all references in the Complaint to John Doe as a fictitious defendant.  Federal Rules of Civil Procedure and federal statutes do not provide for the use of fictitious names of unknown parties in actions filed in United States District Courts.  Allegations against fictitious parties fail to show the requisite case or controversy for jurisdiction in this court.  *See, e.g., New v. Sports & Rec.*, 114 F.3d 1092, 1094 n.1 (11th Cir. 1997).

The clerk is directed to terminate Defendant John Doe as a party to this suit.

**ORDERED** on October 19, 2011.

                                                          /S/ Richard Smoak
                                                          **RICHARD SMOAK**
                                                          **UNITED STATES DISTRICT JUDGE**